UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 19-62071-CIV-MORENO

MARY BETHEL,

       Plaintiff,

vs.

ANDREW M. SAUL, Acting Commissioner of
Social Security,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on Plaintiff and Defendant's cross motions for summary judgment. The Magistrate Judge filed a Report and Recommendation (**D.E. 22**) on **August 3, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that the Plaintiff has not filed objections to the Report and Recommendation nor requested an extension of time to do so. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jared M. Strauss's Report and Recommendation is **AFFIRMED** and **ADOPTED**. For the reasons explained in detail in the Report and Recommendation, the Court finds that there is substantial evidence supporting the Administrative Law Judge's determination that the Plaintiff is not disabled. Dr. Coats, who originally performed the fusion surgery which is allegedly the source of some of Plaintiff's chronic pain, noted that nine months after the surgery, Plaintiff could freely ambulate about and could

return to work without needing medication.  Thereafter, Dr. Sands noted that Plaintiff's back pain had moderated significantly, Dr. Williamson noted that the majority of her vision returned and that she could ambulate without an assistive device, Dr. Saddler noted that her general health was good, and Dr. Whittier noted that she could perform light movements, including lifting and/or carrying twenty pounds.  Accordingly, having adopted the Report and Recommendation, it is

**ADJUDGED** that Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Motion for Summary Judgment is **DENIED**.

The Court will enter final judgment by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of September 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jared M. Strauss

Counsel of Record